RECEIVED

NOV 19 2019

Legal Programs Department

SCANNED at LSP and Emailed
11-19-19 by KB . 33 pages
date        Initials   No.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

ANDRE JOHNSON                          375946
        Plaintiff                      DOC


  VERUS                            MAG JUDGE_____


MARCUS JONES                   CIVIL ACTION #_____
        DEFENDANT             CLERK OF COURT_____


## JURISDICTION & VENUS

1.      This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under Color of State law, of rights secured by the Constitution of the united States. The Court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2.      The middle District of Louisiana is an appropriate Venue under 28 U.S.C. §1391(b)(2) because it is where the events given arise to this Claim occurred.

①

## PLAINTIFF

3.     Plaintiff ANDRE JOHNSON is and at all times the mentioned herein a Prison of the State of Louisiana in i.e. Louisiana Department of Public Safety and Corrections. He is currently confined in the Louisiana State Penitentiary in Angola Louisiana.

## DEFENDANT

4.     Defendant MARCUS JONES is a Correctional officer of Louisiana Department of Correctionals who at all time mentioned in this complaint, hold the rank of Captain and assigned to the Louisiana State Penitentiary Angola Louisiana.

5.     Defendant MARCUS JONES is sued individually and is in his offical Capacity at all time mentioned in this complaint defendant MARCUS JONES act UNDER COLOR OF STATE LAW

## FACTS

At all time to this case, Plaintiff ANDRE JOHNSON is house at the Louisiana State Penitentiary. Review Of CBD Administrative

②

lockdown tier video camera footage recording will reveal on November 19, 2018 Early in the morning Andre Johnson was behind Cell bars inside cell two when Marcus Jones Sprayed him with the maximum amount of Chemical agent in retaliation for Nicholas Sanders. Marcus Jones deliberately filed false charges against Andre Johnson. Marcus Jones "falsified" document that ("After he sprayed Andre Johnson with a Chemical agent, he remove Andre Johnson from his Cell, place Andre Johnson inside the Shower to remove the chemical agent and Issued him a clean jump suit.")

Review of CBD Administrative lockdown tier Video camera recording footages provide "undisputed" evidence that Marcus Jones did not removed Andre Johnson out his Cell two and place him in the shower to remove the Chemical agent out his eyes which Andre Johnson to lose Sight in his left eye for four months, as of today both eyes are blurry. his eyes are bad from not washing them Clean (" The prison officials themselves were Supposed to review CBD Administrative lockdown tire camera footages recordings for exculpatory video evidence as Andre Johnson requested, and

③

and they did not. (Because the prison did not review any of the Potentially exculpatory recorded evidence, Andre Johnson Due process was Violated by Marcus Jones and LSP officals.

Also, Andre Johnson due process rights were Violated when marcus Jones generated a fraudulent Document that he went to Andre Johnson cell and offered him a advance written notice of the charge no less than 24 hours before the hearing but Andre Johnson refuse the Disciplinary report.

Review Of CBD Administrative "Strative lockdown Video Camera recording footage" will reveal "marcus Jones never appeared before CBD Cell two with a advance written notice of Andre Johnson Charged in his hand and offer the disciplinary report to Andre Johnson."

"Once again, Prison officials themselves were supposed to review CBD Administrative lockdown tier Camera recording footages for exculpatory video evidence as Andre Johnson requested, and they did not."

Marcus Jones had no business tring to make it appear, that Andre Johnson was guilty of an infraction of which he is innocent.

Andre Johnson have been in Administrative lockdown for 395 days and count. Marcus Jones generated fraudulent report is part of a pattern of false actions taken against Andre Johnson in retaliation for Derrick Davis and Nicholas Sanders. Andre Johnson claim does in fact set forth a chronology of events from which retaliatory animus on the part of Marcus Jones could arguably be inferred. The chronology of events in Andre Johnson case, as demonstrated by the record, is as follows: Andre Johnson have wrongfully been submitted 13 false Disciplinary reports by marcys Jones and other corrupted officer. from the months of October 21, 2018 through August 31, 2019. Review of LSP Video recording footages will prove Andre Johnson is innocence to all "13 false retaliatory write ups:

1). October 21, 2018: Falsified Disciplinary Report rule 30w by Lt.Col. Knight and Major Bernard

2). october 21, 2018: Falsified Disciplinary Report rule 3and5 by Lt. Derrick Davis "Excessive force and Guard Burtality" (Lt. Daivs grabbed Andre Johnson why his hands were behind his back in handcuffs to increase the pain

(5)

making him cry out in pain, making the handcuffs tighter") ("Lt. Davis slammed Andre Johnson head first onto CBB con-crete sidewalk why his hands were behind his back in handcuffs"), Then ("Lt. Davis place his knee in Andre Johnson chest and press all his weight into his chest"), ("Lt. Davis sprayed Andre Johnson why he was behind bars with the maximum amount chemical Agent in his face, when there was no reason to do so") See("CBB Administrative Video Camera footages, Captain Sibleys Body Camera, CBD unit Lockdown lobby video camera, CBD lockdown unit show and tier Videos")

3). October 21, 2018: Falsified Disciplinary by Lt. Straudater rule was 30w?

4). Falsified Disciplinary Report by Capt Marcus Jones. Andre Johnson was sprayed with the maximum amount of chemical agent why he was behind cell bar, when there was no reason to be sprayed. See (CBD Admini-stratives lockdown tier cameras).

6

5). November 19, 2018: False Disciplinary report rules 3 and 5 by Lt. Col. Nicholas Sanders. ("CBD Administratives lockdown tier Video recording footages will reveal Nicholas Sanders retaliated against Andre Johnson for his protected speech activities. ("Standing on CBD tier infront cell two [directing obscene remarks] Using excessive force displaying his fists in the air, waving his fists toward Andre Johnson then "Punch through CBD Cell" two bars Striken Andre Johnson in the Chest") for his Protected Speech on behalf of the white EMTS that were getting Urine thrown on them, feces thrown on them, threaten and racial remarks direct at them. "Marcus Jones Sprayed Andre Johnson with the maximum amount of chemical agent why he was in the cell without windows or Vents." Andre Johnson was yanked off the top bed, Causing him to fall head first Onto the Concrete floor. While on the floor Nicholas Sanders and Cell entry Team Savagely beat Andre Johnson.

6). November 19, 2018: False Disciplinary Report in retalaition for Nicholas Sanders

⑦

Captain Marcus Jones deliberately filied false document that "After he Sprayed Andre Johnson with a chemical agent he remove Andre Johnson from his cell, place him in the Shower to wash away the chemical agent and Issued him a Clean Jumpsuit". ("CBD tier Video camera recording footage "DO NOT" Show Marcus Jones remove Andre Johnson from his CBD cell two lower and place Andre Johnson in the shower after Marcus Jones Sprayed him with the maximum amount of chemical agent in his face Causing him to go blind in his left eye for four months. Andre Johnson can not see to good out of his eyes, both eyes are very blurry and lose Sight.

7). March 20, 2019: Nicholas Sanders is caught on ("Camp D Raven 1-Left-tier Camera Video recording) in Violation of Andre Johnson Civil rights, in form of retaliation, Harassment, and threaten Andre Johnson." Nicholas sanders use of excessive force against Andre Johnson when there was no need for force. See (Camp D Raven tier Video footage on 3·20·19), See (Camp D Raven Lobby video recording footage) see (Camp D Raven 1-Left-outdoors

⑧

Breezway camera recording footages
On 3·22·19) ( ARP-LSP 20190653)

8.) March 22, 2019 : Nicholas sanders falsified
document, retaliation and threates. Violated
Andre Johnson first, Eighth and fourteenth Amendent.
"Nicholas sanders use of excessive force
when there was no need", Violation of Andre
Johnson due process rights requirment in
Wolff v Mc Donnell, 418 U.S. 539, 56366, 94 S.Ct.
2963, 41 L. Ed. 2d (1974), requirements was not met,
and retaliated against him for filing numerous ARP(s)

9) March 24, 2019 : Herman Holmes violated
Andre Johnson first Amendment right of
petition by bring false disciplinary for his
use of numerous Prison grievance
Procedures.

10). July 17, 2019 : Joseph F.G. Lamartiniere
and Nicholas Sanders had a inmate throw
urine on Andre Johnson three different
times, twice when he was inside the
shower and once after he got out the shower.

11). On July 18 2019 : Joseph Lamartiniere
and Nicholas sander had a inmate

⑨

throw feces, urine, stripe and hot oil on Andre Johnson.

Augst 31, 2019: Captain Russ left Andre Johnson to die after he had been stabbed multiple times and went home.

(13) August 31, 2019: major washington, captain Kelly and captain Russ tried to kill Andre Johnson. Review of camp C Tiger-1-Tier and shower video recording on the tier show Andre Johnson was behind bars inside the shower without vents when major washington sprayed Andre Johnson with the maximum amount of chemical agent short time after, Captain Kelly sprayed Andre Johnson with a second maximum amount of chemical agent when there was no reason to spray a man stab multiple times requesting for medical assistance.
"Andre Johnson have been the target of a campaign of retaliation, numerous false write ups, threats, verbal assaults, physical assaults, and sexual assults. Andre Johnson have went months without access to the phone to call him family, months without access to the 369 days without access yard or recreation

months without access to the commissary, Confinement in his cell for about 3 hour per week, denial of access to rehabilitative Progams, significantly inadequate accesse to legal research materials and assistance. A fact finder Could conclude from those facts that retaliatory Continue placement in administrative Segregation Confinement would "deter a person of ordinary firmness from exercising his First Amendment rights".

7.        EXHAUSTION OF LEGAL REMEDIES

Plaintiff ANDRE JOHNSON use the prisoner grievance procedure available at Louisiana State Penitentiary available at Louisiana State Penitentiary to try and Solve the Problem. The administrative grievance Procedure number to this claim LSP 2019-0384 is raised. All Steps were taken and ANDRE JOHNSON was "WRONGFULLY" denied at all steps

"Grievance LSP2019-0384 ruling were not supported by any evidence"

"Grievance LSP2019-0384 ruling was Alter and falsified". See (EXHIBIT-A)

Indeed, while it is one aspect of Andre Johnson claim that his substantive due Process is violated by falsification of evidence, it is a Second aspect of his claim that his procedural due process rights is violated by furnishing him with one version of the evidence while a significantly different version was presented to the factfinder.

"First, Marcus Jones "deliberately" falsified evidence" that after he sprayed Andre Johnson with a chemical agent he remove him from his cell, Place Andre Johnson inside the Shower to remove the chemical agent and Issued him a Clean Jump suit".

Review Of CBD lockdown Video footages provided "UNDISPUTED EVIDENCE" that marcus Jones "DID NOT" remove Andre Johnson out his cell, Place him in the Shower and Issued him a clean Jump suit as he fabricated in his disciplinary report. Marce Jones falsified documents because the Chemical agent and excessive force cause Andre Johnson to go blind in his left eye and right eye blurry. As of today Andre Johnson eyes rain tears, Pain and still blurry. "ALL LSP Could state in there frivolous ruling was ("Major Marcus Jones states

12

that You are claiming that You were not allowed to shower after having been exposed to chemical Agent(s)")

Andre Johnson claims that marcus Jones "intentionally" filed false disciplinary charges that after he sprayed Andre Johnson with a chemical agent, he remove him from his cell, place Andre Johnson in the shower to remove the chemical agent and issued him a clean jump suit, is part of a pattern of false disciplinary actions taken against him in retaliation for Kelvin Benjaman, Joseph Lamartiniere, Antonio whitaker, Luke Rheams, Nicholas Sanders, major washington, Major Bernard, Captain Russ, Captain Kelly, Captain Holmes Captain Sibley, Lieutenant Straudater and Lieutenant Brown, against Andre Johnson for saying he was going to inform the FBI relating the false write ups, selling drugs by security, security selling cell phones, making young female correctional officer transport drugs and cell phones and give them sexual favourites.

Second, the ruling wrongfully applied "All the issues in ARP LSP-2019-0384 have already been address in ARP 2019-0135 and will not be address again". Let the Record reflex ARP-2019-0384 had "NOT" been address in ARP-2019-0135 "No where". most

13

Of all ARP-LSP-2019-0135 do not state anything about a shower or jump suite.

ARP-LSP-2019-0135 was Alter, the part relating after Andre Johnson was Sprayed, he was taken to LSP Treatment Center, Then he was taken to Tu and place on 4 point by Nicholas sanders was alter because CBD unit cameras video footager never show Andre Johnson removed from his cell and place in a shower and given a JUMP suit, it do reveal ONly Andre Johnson been taken out the door to LSP Treatment center, never place in the shower.

Marcus Jones had absolutely no business tring to make it appear that Andre Johnson was guilty of an infraction of which he is innocent.

Marcus Jones use excessive against Andre Johnson when he sprayed Andre Johnson with the maximum amount of Chemical agent why Andre Johnson was behind bars, when there was no reason to do so. Being behind cell bars is a form of restrain and getting sprayed with the maximum amount of chemical restrain Violates Andre Johnson Eighth Amendment Rights.

The ruling was not supported by the evidence. This is a ongoing violation of Andre Johnson Constitutional rights.

14

# LEGAL CLAIM

Marcus Jones "Intentionally" filed false Disciplinary charges against Andre Johnson in retaliation for Andre Johnson exercise of a constitutional rights

Marcus Jones Violated Andre Johnson Due Process Right when he "deliberately" falsified evidence that after he Sprayed Andre Johnson with a chemical agent, he place Andre Johnson in the shower and issued him a clean Jump suit in retaliation for other Corrupted Correctional officers.

Marcus Jones Violated Andre Johnson Due Process when he "Intentionally" falsified Andre Johnson Disciplinary Report that he gave Andre Johnson an advance written notice of his Charge and Andre Johnson refused the disciplinary report

Andre Johnson due Process rights was Violated by Prison Officials when they refused to watch CBD Unit Camera Video footages for exculpatory Video evidence.    15

Marcus Jones use EXCESSIVE FORCE when he Sprayed Andre Johnson with the maximum amount of Chemical agent why Andre Johnson was behind bars Violated Andre Johnson Eighth Amendment to the United States Constitution.

The Plaintiff have no Plain, adequate or Complete remedy at law to rediess the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this Court grants the declaratory and injunctive relief which plaintiff Seeks.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court Judgment granting Plaintiffs:

A declaration that the acts and omissions described herein Violated Plaintiff's right under the constitution and laws of the United States.

16

Compensatory damages in the amount of $ 40,000.00 against Marcs Jones and LSP, jointly and severally.

Punitive damages in the amount of $ _____ against defendant, whatever amount the court grant "I can not read anything or see to good without eyeglass. My eyes go total blank, pain in head help

A Jury trial on all issues triable by Jury

Plaintiff's costs in this suit

Any additional relief this court deems Just, proper, and equitable.

Dated: 11·10·19

ANDRE JOHNSON 375946
LSP
Angola La 70712

17