*handwritten margin notes:*
*send back so I can to ARP the one to cover up who tries to cover and alter see the cover For Jones and later saw you have they left out I was took to center placed 4 Rcat Sanders said*

*do it ever say anything about a shower dratt up somthing lets get them to show ARP LSP2019-0135*

CASE NUMBER: LSP-2019-0384 ·

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

"EXHIBIT-A"

TO:  <u>JOHNSON, ANDRA 375946</u>          TC W1 L/R
                                                              Living Quarters

*handwritten:* ✱ LSP2019-0135 DO NOT REVEAL ANYTHING ABOUT A SHOWER OR JUMP Suit OR MARCUS JONES

Response to request dated , received in this office on 02/25/2019

Your request for administrative review of your ARP #LSP-2019-0384 has been received. You state that on November 19, 2018

In your response to your Request for Remedy. See Attached answer to ARP LSP-2019-0135 which is on the same date and same officers involved. You were able to file a number of ARP's on the same date with the same employees involved to receive the same answer for both. All the issues in this ARP LSP-2019-0384 have already been addressed in ARP LSP-2019-0135, All UOR's are attached and state what took place on the date in question. explains the events that occurred from 12:45 pm -1:45 pm on November 19, 2018. All the issues have been addressed and will not be addressed again.  Major Marcus Jones states that you are claiming that you were not allowed to shower after having been exposed to Chemical Agent(s). Review of Unit camera footage will reveal that all Security Protocol and Procedures for Use Of Force were followed explicitly. When you were not brought under control Major Jones states he called Control Center and a Cell Extraction Team was deployed to the Unit.

You have not provided sufficient evidence to substantiate your claim. Therefore your Request for Administrative Remedy has been denied at this level.

Response to ARP-LSP-2019-0135. November 19, 2018 date of incident. See Attached (Your request for administrative review of your ARP #LSP-2019-0135 has been received. You state that it is undisputed that you are a very respectful hard worker. You claim that you will go out of your way to aid security officers and inmates.  You state that it's the corrupted security officers that would taunt you ("A want to be Martin Luther King nigger with a Cowboy hat on"), ("There go Jesus Christ in a nigger body with a Cowboy hat on"). You state that you do not believe in black or white, you believe in wrong or right. You claim those corrupt security officer is against offenders like you, they abuse the Justice system by beating an inmate, using chemical agents, writing false reports and using their influence and power as a Corrections officer to encourage others to lie. You claim that on numerous occasion from November 02, 2018 to November 19, 2018 Lt. Colonel Nicholas Sanders approved of a "underground hate crime" inside CBD Administrative Segregation against the white EMT's. You claim that Lt.Col. Sanders will allow the inmate inside CBD cell three next to you to use racial remarks, spit, throw urine, throw feces and threaten the white EMT's. You state that one morning EMT Lt. Bordelon was at your cell giving help (medical care) things got horrible when the inmate in cell three viciously spit in EMT Bordelon face, spit all over Lt. Bordelon, threaten and use racial remarks. You claim that a few days later on November 19, 2018 when you tried to speak up on EMT Lt. Bordelon behalf that "nothing" was done about the inmate in cell three behavior ("When he used racial remarks, threaten and viciously spit in EMT Lt. Bordelon face and spit all over his uniform') Lt. Col. Sanders told you "I got something for your nosey ass Bitch, I got these things" referred to his fist and punched you in the chest. You claim at that point Lt. Col. Sanders went retrieve a gas mask and called the cell entry team. The cell entry team arrived with gas masks and electric shield, You claim that YOU asked them to "Stand Down", Lt. Col. Sanders disregarded your plea to stand down and gave the command to enter the cell. You state that Lt. Col. Sanders sprayed a chemical agent , enter the cell with the cell entry team and they further administered excessive force upon you. You allege that you were yanked off the top bed , causing you to fall face first onto the concrete floor, then Lt. Col.

Sanders and cell entry team beat you. You claim that as a result of these beating you, You suffer swollen eyes, eye pain, chest pain, head pains, back pains, neck pains, sides pain, urinating bloody, your whole body in pain. You claim caused by Lt. Col. Sanders. You state that you are willing to take a Polly graph test that why you were on the concrete floor you never fought back.   In your relief you asked that all disciplinary action stemming from this matter be over turned and expunged from your Master Prison Record, Lt. Col. Sanders be disciplined, that you are paid 4,000.00.

In your response to your Request for Remedy, Colonel Nicholas Sanders states that you stated that he approved of an underground hate crime. You also stated that Col. Sanders told you that he had something for your nosey ass, and that he referred to his fist and punched you in the chest. You also stated that Col. Sanders sprayed a chemical agent and administered excessive force upon you.  Col. Sanders states that he denies all these allegations. Col. Sanders states that at no time has he placed his hands on you in nothing but a professional manner within the scope of his job. Col. Sanders states that he has always conducted himself in a professional manner , and preformed his duties to the best of his ability. EMT Lieutenant Michael Bordelon states that on an unknown date and time , he was preforming a medical evaluation at CBD on you . EMT Lt. Bordelon states that during the evaluation he was spit on 3 time back to back and was called racist several times by another offender, which was located in the next cell on the right . EMT Lt. Bordelon states that he then exited the tier and notified security.   You have not provided sufficient evidence to substantiate your claim. Therefore your Request for Administrative Remedy has been denied at this level.)

Prepared by: *Shawnee Davis Lt.*

Shawnee Davis, Lt. ARP

Approved by: *A. Whitaker, AW3*

Antonio Whitaker, AWIII/MP Complex

*Yes I help him he help other people READ THIS I did what was right and I'd d it again!*

Joseph F. G. Lamartiniere
Deputy Warden

4/10/19
_____
Date

_____
Unit Head

Instructions to Offender:  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓) I am not satisfied with this response and wish to proceed to Step Two. First, this issues have NEVER been address. Major Jones fabricated document, he reveal

Reason: In his own words in his disciplinary report he place offender Johnson in the shower, CBD TIRE camera footage reveal offender Johnson was never place in the show at anytime after Jones sprayed offender Johnson in his face which cause him to go blind in his left eye and right eye blurry, chest pain, Jones lied he never place Johnson in the show

_____
Date

_____
Offender's Signature    DOC#

Offender Johnson is not saing he was not allowed to show he is saying the CBD camera reveal Major Jones lied tha gave offender Johnson a shower to cover up Johnson ey damaged and chest pain for not following the protocal anc cedures. The ultra question is why Jones lied like he gave Johnson a show did nc