16 Pages

RECEIVED

MAR 3 1 2020

Legal Programs Department

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

SCANNED at LSP and Emailed
3-31-2020 by DS : 16 pages
date    initials    No.

*March 20, 2020*

Andre Johnson, #375946
Louisiana State Penitentiary
Angola, LA 70712

    Re:    Andre Johnson v. Marcus Jones
           Civil Action No. 19-896-BAJ-RLB

## DEFICIENCY NOTICE

    The Clerk has filed your pleadings asserting a civil rights violation; however, your pleadings are deficient in the area(s) noted below. You have twenty-one (21) days from the date of this Notice to correct the deficiencies by amending the pleadings to conform with the noted deficiencies and/or by providing the Court with the information or forms requested. FAILURE TO AMEND THE PLEADINGS OR PROVIDE THE REQUESTED INFORMATION OR FORMS AS INDICATED WILL RESULT IN THE DISMISSAL OF YOUR SUIT BY THE COURT WITHOUT FURTHER NOTICE.

1.   You must submit a Civil Complaint on an approved form and it must be legibly handwritten or typewritten, signed, and dated.

    Enclosed[1] are: (1) 42 U.S.C. § 1983 Complaint form; and (2) a copy of your Complaint.

*Pro Se Staff Attorney*

---

[1] Via *CM/ECF* only.