UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ANDRE JOHNSON**                                                   **CIVIL ACTION**

**VERSUS**

**MARCUS JONES**                                                   **NO. 19-00896-BAJ-RLB**

RULING AND ORDER

Before the Court is Defendant's **Motion To Dismiss Based On Qualified Immunity Or, Alternatively, For A *Schultea* Reply (Doc. 21)**. The Motion is opposed. (Doc. 25). The Magistrate Judge has issued a **Report And Recommendation (Doc. 32)** recommending that the Court deny Defendant's Motion to Dismiss, permit Plaintiff to amend his Complaint, and refer this matter back to the Magistrate Judge for further proceedings. Plaintiff objects to the Report and Recommendation. (Doc. 33).

Having carefully considered the underlying Complaint, the instant Motion, Plaintiff's Opposition, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff is permitted to amend his Complaint within 21 days of the filing of this Order.

**IT IS FURTHER ORDERED** that Defendant's **Motion to Dismiss (Doc. 21)** is **DENIED,** without prejudice to refiling within 21 days of the filing of Plaintiff's Amended Complaint.

**IT IS FURTHER ORDERED** that this matter is referred to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 1st day of February, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**