34 pages
oz

SCANNED at LSP and Emailed
3·29·21 by NP . 34 pages
date    initials    No.

RECEIVED
MAR 2 9 2021
Legal Programs Department

PAGE
1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ANDRE JOHNSON (#375946)          CIVIL ACTION

VERSUS                          19-896-BAJ-RLB

MARCUS JONES

GOD BLESS, Before the Court, Plaintiff, Mr. ANDRE JOHNSON Set forth the information ordered by the court to the best of his knowledge with the aid of UNDISPUTED EVIDENCE TO SUPPORT MARCUS JONES Violated Andre Johnson Constitutional Rights.

Andre Johnson MED's, Video Recordings and Log books provide undisputed Evidence that befor and after meeting with Special Agent John M. Rothleutner he has been wrongfully beat and over 12 different times sprayed with Chemical that Now Cause him pain, High Blood presure and a lack of member to recall a date and time he spoke with Agent John M. Rothleutner, Agent Rothleutner gave Plaintiff his card Should Mr. Johnson Need Him (see EXHIBIT A) Since his pain, high blood Pressure

①

and lack of membrs he ask the Court to Contact Agent Rothleutner or the FBI for a "Undisputed Date and time.

WHEREFORE Plaintiff request the Court to Grant his law suit and Review the following undisputed evidence and Law that support his claims:

EXHIBIT A- SPECIAL AGENT ROTHLEUTNER CARD GIVEN TO MR. JOHNSON IN CASE HE NEED HIM

EXHIBIT B- MR. JOHNSON NEED PAIN MEDS (ACET/ASA/CAFF
EXHIBIT C- MR. JOHNSON NEED PAIN MEDS (NAPROSIN)
EXHIBIT D- MR. JOHNSON NEED BLOOD PRESSURE MEDS

EXHIBIT E VIDEO RECORDINGS FOOTAGE THAT PROVIDE UNDISPUTED EVIDENCE THAT MARCUS JONES VIOLATED ANDRE JOHNSON CONSTITUTIONAL RIGHTS.
EXHIBIT- F. LOG BOOKS PROVIDE UNDISPUTED EVIDENCE MARCUS JONES VIOLATED ANDRE JOHNSON CONSTITUTIONAL RIGHTS
EXHIBIT- G UNDISPUTED COMPLAINT SET FORTH
EXHIBIT H UNDISPUTED LAW AND EVIDENCE THATS WITHIN THAT MOTION





PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE 3/24/2021

ANDRE JOHNSON 375946
LSP
ANGOLA LA 70712

③