UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDRE JOHNSON | CIVIL ACTION |
| VERSUS | |
| MARCUS JONES | NO. 19-00896-BAJ-RLB |

## RULING AND ORDER

Before the Court is Defendant Marcus Jones' **Motion To Dismiss Pursuant To Federal Rules Of Civil Procedure 12(b)(1) & 12(b)(6) (Doc. 38).** The Motion is unopposed. The Magistrate Judge has issued a **Report And Recommendation (Doc. 43)** recommending that the Court grant Defendant's Motion to Dismiss, dismissing Plaintiff's claims with prejudice. (*Id.* at p. 7). The Magistrate Judge further recommends that the Court dismiss this action in its entirety. (*Id.*). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the instant Motion, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant Marcus Jones' **Motion To Dismiss Pursuant To Federal Rules Of Civil Procedure 12(b)(1) & 12(b)(6) (Doc. 38)** is **GRANTED.**

IT IS FURTHER ORDERED that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED that the above-captioned matter be and is hereby **DISMISSED** in its entirety.

Baton Rouge, Louisiana, this 13th day of October, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**